a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RUBILDO RODRIGUEZ NOA,                     CIVIL DOCKET NO. 1:26-CV-00496
Petitioner                                                                    SEC P

VERSUS                                        JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA ET AL,                      MAGISTRATE JUDGE PEREZ-MONTES
Respondents

---

### MEMORANDUM ORDER

Before the Court is a Motion for Order to Show Cause (ECF No. 5) filed by Petitioner Rubildo Rodriguez-Noa ("Rodriguez-Noa"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana.  Rodriguez-Noa seeks an expedited briefing schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, in which he seeks release from detention.  Rodriguez-Noa asserts that he has been detained since May 13, 2025, despite cooperation with his prior Order of Supervision.  ECF No. 1 at 4.  Summonses were issued on February 20, 2026 (ECF No. 2), but no affidavit of service has been filed to date.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna,

1

M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Rodriguez-Noa's.

Accordingly, the Motion (ECF No. 5) is GRANTED IN PART to the extent it generally seeks expedited briefing, but DENIED IN PART to the extent it seeks a speedier response or immediate release.

IT IS ORDERED that a Response to the Petition be filed within 21 days following the date of this Order.  Rodriguez-Noa shall have seven days within which to file a reply.

IT IS FURTHER ORDERED that, within five (5) days, Petitioner Rodriguez-Noa shall file an Affidavit of Service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure.

THE CLERK IS INSTRUCTED to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

SIGNED on Thursday, March 12, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").