a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUBILDO RODRIGUEZ NOA, Petitioner | CIVIL DOCKET NO. 1:26-CV-00496 SEC P |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

In response to the original Petition, the Government acknowledged the existence of a February 2020 removal order and provided a copy of the order, but maintained that Petitioner Rubildo Rodriguez Noa ("Rodriguez Noa") is detained under § 1225(b)(2)(A) "during the pendency of his removal proceedings." ECF No. 11 at 2-3, 13; ECF No. 11-2 at 1-12.

On September 16, 2026, Petitioner Rubildo Rodriguez Noa ("Rodriguez Noa") filed an Amended Petition correcting factual inconsistencies identified by the Court and challenging his prolonged post-removal-order detention under 8 U.S.C. § 1231(a)(6) and *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF No. 14.

Considering the new allegation that Rodriguez Noa is subject to a final order of removal, and the Government's prior contention that Rodriguez Noa is detained under § 1225(b)(2)(a), the Court ordered the Government to file an amended response by October 16, 2026. ECF No. 16. The Government failed to comply.

Accordingly, IT IS ORDERED that, within **seven days** of this Order, the Government shall: (1) explain its failure to comply with the Court's October 2, 2026 Order; and (2) file an amended response showing cause why the relief requested in the Amended Petition should not be granted. The response shall address the statutory basis for Rodriguez Noa's current detention and the likelihood of removal in the reasonably foreseeable future, supported by a declaration from an official with knowledge of the relevant facts and relevant documentary evidence.

Any request for additional time must identify specific good cause. Failure to comply may result in further appropriate orders and disposition on the existing record.

SIGNED on Tuesday, November 10, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE